UST-31, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| GOFORTH, RONALD ELMO, JR. | ) | Case No. 08-12304-PHX RTB |
| GOFORTH, KRISTA LEE | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

DALE D ULRICH, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 4 | Aculaser Technologies<br>21 Father Devalles Blvd.<br>Fall River, MA 02723 | $3.44 |
| 5 | Covercraft Industries, Inc.<br>100 Enterprise Blvd.<br>Pauls Valley, OK 73075 | $1.19 |
| 7 | PYOD LLC<br><br>PO Box 19008<br>Greenville, SC 29602 | $0.78 |
| | TOTAL | $5.41 |

December 2, 2009        /s/ DALE D ULRICH
        DATE                        DALE D ULRICH, TRUSTEE